# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :    No. 264 WAL 2018

                Respondent         :

                              :    Petition for Allowance of Appeal from

                              :    the Order of the Superior Court

              v.               :

                              :

DOMENIC TREVON GREEN,           :

                              :

              Petitioner        :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 7th day of November, 2018, the Petition for Allowance of Appeal is **DENIED**.